# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 6, 2014

## NO. 03-12-00218-CR

**George Daniel Luster, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON AND FIELD
## AFFIRMED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order signed by the trial court on February 17, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.